S. LANE TUCKER
United States Attorney

ALANA B. WEBER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: Alana.Weber@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    vs.<br><br>JUNIOR GAFATASI TULALI,<br><br>                  Defendant. | No.<br><br>COUNT 1:<br>DISTRIBUTION OF FENTANYL<br>RESULTING IN DEATH<br>  Vio. of 21 U.S.C. § 841(a)(1),<br>(b)(1)(C)<br><br>ENHANCED STATUTORY<br> PENALTIES ALLEGATION<br>  21 U.S.C. § 841(b)(1)(A). |

I N D I C T M E N T

The Grand Jury charges that:

COUNT 1

Between on or about October 13, 2020, and October 17, 2020, within the District

of Alaska and elsewhere, the defendant, JUNIOR GAFATASI TULALI, did knowingly

and intentionally distribute a controlled substance, to wit: N-phenyl-N- [1-(2-phenethyl)-4-piperidinyl] propenamide, commonly known as fentanyl.

## DEATH RESULTING FROM THE DISTRIBUTION OF CONTROLLED SUBSTANCES

The following death resulted from the defendant, JUNIOR GAFATASI TULALI's, distribution of the above controlled substance:

Between on or about October 13, 2020, and October 17, 2020, the defendant, JUNIOR GAFATASI TULALI, knowingly and intentionally distributed the above-listed fentanyl to another person.

On or about October 28, 2020, use of the above-listed fentanyl resulted in the overdose death of J.L.

All of which is in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## ENHANCED STATUTORY PENALTIES ALLEGATION

Before the defendant, JUNIOR GAFATASI TULALI, committed the offense charged in Count 1, he had a final conviction for a serious drug felony, Possession With the Intent to Distribute Cocaine Base in violation of 21 U.S.C. § 841(a)(1), for which he served a term of imprisonment of more than 12 months and for which his release from such term of imprisonment was within 15 years of the commencement of the offenses charged in Count 1.

All pursuant to 21 U.S.C. § 841(b)(1)(A).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Alana B. Weber
ALANA B. WEBER
Assistant U.S. Attorney
United States of America

s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America

DATE: 1-18-23